TRINA A. HIGGINS, United States Attorney (#7349)
STEPHEN L. NELSON, Assistant United States Attorney (#9547)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682
Email: Stephen.Nelson@usdoj.gov

---

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:23mj192-DAO |
| Plaintiff, | COMPLAINT |
| vs. | COUNT 1: Possession of Methamphetamine with Intent to Distribute, 21 U.S.C. § 841(a)(1) |
| MARCOS ADRIAN GARCIA LUGO, | |
| Defendant. | Judge Daphne A. Oberg |

Before Daphne A. Oberg, United States Magistrate Judge for the District of Utah,

appears the undersigned, who on oath deposes and says:

## **COUNT 1**
### **21 U.S.C. § 841(a)(1)**
### **(Possession of Methamphetamine with Intent to Distribute)**

On or about March 1, 2023, in the District of Utah,

MARCOS ADRIAN GARCIA LUGO,

the defendant herein, did knowingly and intentionally possess with the intent to distribute

methamphetamine, a Schedule II controlled substance, within the meaning of 21 U.S.C. §

812; all in violation of 21 U.S.C. § 841(a)(1) and punishable pursuant to 21 U.S.C. §

841(b)(1)(C).

This Complaint is made on the basis of investigation described in the affidavit

below, and with the following elements for the charged counts as follows:

The elements of Count 1, violation of 21 U.S.C. § 841(a)(1), Possession of

Methamphetamine with Intent to Distribute are:

a.   The defendant knowingly and intentionally possessed methamphetamine with

intent to distribute as charged; and

b.   The substance was, in fact, methamphetamine, a Schedule II Controlled

Substance.

## AFFIDAVIT IN SUPPORT OF COMPLAINT AND ARREST WARRANT

Complainant, Jared Stillion, being duly sworn, hereby states that this Felony

Complaint is based on information obtained through an investigation consisting of the

following:

1.      Your affiant is a Task Force Office with the Bureau of Alcohol Tabaco and

Firearms (ATF) and a Detective with the Salt Lake County Unified Police Department's

Metro Gang Unit (MGU).  He has been employed by the Salt Lake County Sheriff's

Department since 2008.  Your affiant is currently assigned to MGU and is tasked with

investigating street gangs and drug trafficking.  As a TFO with the ATF and a Detective

with MGU, your affiant has participated in many investigations involving drug

trafficking activities in violations of 21 U.S.C. §§ 841 and 846, along with other

violations of federal law, including 18 U.S.C. §§ 922(g) and 924(c).  Additionally, your

affiant has participated in investigations that involve sophisticated electronic surveillance methods to include GPS vehicle trackers, pen register/trap and trace devices, and court authorized Title III wire intercepts.  Your affiant is also familiar with the appearance, packaging, common usage, and terminology regarding controlled substances through your affiant's training, experience, and observation. Your affiant is familiar with how drugs are distributed on the street level, all the way from retail distribution to wholesale distribution.  Your affiant is familiar with the facts and circumstances alleged in this complaint.

2.     On March 1, 2023, detectives with the Salt Lake Area Metro Gang Unit observed a Nissan passenger vehicle speeding in the area of 3100 South Bangerter Highway in Salt Lake County, Utah.  Detectives attempted to stop the vehicle, initiating their lights and sirens, giving both audible and visual signals to the vehicle to stop.  The vehicle, however, failed to yield to police and attempted to flee the area, and detectives terminated their pursuit of the vehicle.

3.     Moments later, your affiant (who was in the area in an unmarked police car) observed the vehicle made a sharp left-hand turn at approximately 3600 West and 3150 South and, in the process of making the turn, strike another car which then spun into and struck a pedestrian.

4.     After the collision, your affiant observed Marcos Adrian GARCIA LUGO ("GARCIA LUGO") exit the driver's seat of the vehicle and run northbound away from the site of the collision, scaling a fence and discarding ítems to the ground while running. In the path of GARCIA LUGO's flight, detectives later found a softball-sized ball of

field-tested-positive methamphetamine and a Smith and Wesson Shield 9mm firearm, which was stolen from an owner in Millcreek, Utah, in 2019.

5.     Detectives eventually located and arrested GARCIA LUGO in a residence just north of the location of the collision.  A subsequent search of GARCIA LUGO's vehicle revealed approximately 3.5 lbs of field-tested-positive methamphetamine, ½ lb of heroin, and approximately 3,000 fentanyl pills, as well as $2,557.00 in U.S. currency.

6.     During a post-*Miranda* interview, GARCIA LUGO admitted fleeing from police because he was in possession of a large amount of narcotics.

7.     I know from training and experience that these amounts of methamphetamine, especially when found with such a large amount of U.S. currency, are consistent with distribution as opposed to personal use.

8.     Based on the foregoing information, I respectfully request an arrest warrant be issued for GARCIA LUGO for a violation of 21 U.S.C. § 841(a)(1), Possession of Methamphetamine with Intent to Distribute.

_____

Jared Stillion
Task Force Officer
Bureau of Alcohol Tabaco and Firearms

SUBSCRIBED AND SWORN TO by reliable electronic means this _2_ day of March 2023.

_____
HONORABLE DAPHNE A. OBERG
United States Magistrate Judge

APPROVED AS TO FORM:

TRINA A. HIGGINS
United States Attorney

/s/ *Stephen L. Nelson*

_____
STEPHEN L. NELSON
Assistant United States Attorney